IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOYCE ANN SMILEY,           )<br>                             )<br>    Plaintiff,              )<br>                             )<br>    v.                       )<br>                             )<br>ERIC SHINSEKI, Secretary    )<br>of Veterans Affairs,        )<br>                             )<br>    Defendant.               ) | CIVIL ACTION NO.<br>2:11cv1072-MHT<br>(WO) |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (Doc. No. 35) is granted and that this cause is dismissed in its entirety, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of August 2013.

                                        /s/ Myron H. Thompson  
                                  UNITED STATES DISTRICT JUDGE